**COLUMBIA MUTUAL INSURANCE COMPANY, Respondent,**

v.

**GRAIN BIN SUPPLY CO., LLC and Martha Knuppel, Appellants.**

**No. WD 76339.**

Missouri Court of Appeals, Western District.

May 13, 2014.

William Rotts, Columbia, MO, for appellants.

Wade Ford, Jr., Jill Jackson, Columbia, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, P.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Grain Bin Supply Co., LLC, and Ms. Martha Knuppel appeal the trial court'sO DSSHDI declaratory judgment that Ms. Knuppel is not a named insured under the commercial auto policy with Columbia Mutual Insurance Company.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).